UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEVE JADAN,

        Plaintiff,                    Civil Action No.
                                            Hon.

v.

MGM GRAND DETROIT, LLC
        Defendant.

---

**Greg A. Jones (P75388)**
GASIOREK, MORGAN, GRECO,
McCAULEY & KOTZIAN, P.C.
Attorneys for Plaintiff
30500 Northwestern Hwy, Ste 425
Farmington Hills, MI 48334
Phone: 248-865-0001
Fax: 248-865-002
gjones@gmgmklaw.com
rdonegan@gmgmklaw.com

---

## COMPLAINT AND JURY DEMAND

NOW COMES, Plaintiff, STEVE JADAN, by and through his attorneys GASIOREK, MORGAN, GRECO, McCAULEY & KOTZIAN, P.C., and for his Complaint in this matter, hereby submits the following:

1. This claim is an action for violations of the Family Medical and Leave Act of 1993 ("FMLA"), 29 U.S.C. 2601 et seq.

## JURISDICTION AND VENUE

2. Plaintiff, STEVE JADAN, (hereinafter, "JADAN") is an individual residing in the City of Southfield, County of Oakland, State of Michigan.

3. Defendant, MGM GRAND DETROIT, LLC, (hereinafter, "MGM GRAND DETROIT") is a corporation organized under the laws of the State of Delaware,

with its principal place of business in the City of Detroit, County of Wayne, State of Michigan.

4.      JADAN is an eligible employee as defined by the FMLA.

5.      MGM GRAND DETROIT is an employer as defined by the FMLA.

6.      This court has jurisdiction pursuant to 28 USC 1331.

7.      The events giving rise to this cause of action occurred within the Eastern District of Michigan.

## **BACKGROUND FACTS**

8.      JADAN initially became employed by MGM GRAND DETROIT in or about August 2005.

9.      In or about February 2007, JADAN voluntarily left his employment with MGM GRAND DETROIT.

10.      On or about October 27, 2010, JADAN became reemployed with MGM GRAND DETROIT.

11.      On or about January 9, 2018, JADAN fractured his thumb. The fracture required surgical repair and rehabilitation.

12.      JADAN notified MGM GRAND DETROIT of the need to take time off for treatment.

13.      On or about January 11, 2018, MGM GRAND DETROIT provided JADAN with confirmation that it had received his request for a leave of absence under FMLA and included paperwork for he and his health care provider to complete.

14.      On or about January 19, 2018, JADAN underwent Open Reduction Internal Fixation Proximal Thalamus with repair of the radial collateral fragment surgery.

15.     On or about January 23, 2018 MGM GRAND DETROIT received completed and signed "Certification of Health Care Provider for Employee's Own Serious Health Condition," attached hereto as **EXHIBIT A.** This paperwork was completed by JADAN's treating hand surgeon Dr. Samson P. Samuel.

16.     On or about January 30, 2018, MGM GRAND DETROIT FMLA Administrator, Dana Caterine, advised JADAN that his leave under FMLA had been approved for 256 hours, effective January 19, 2017 to March 5, 2018. In this correspondence, MGM GRAND DETROIT advised JADAN to contact "HR Access" at 1-855-464-6747 with any additional questions.

17.     On or about February 6, 2018, MGM GRAND DETROIT received Corrective Forms with Corrective Dates from Dr. Samson Samuel, attached hereto as **Exhibit B**.

18.     On or about February 13, 2018, MGM GRAND DETROIT FMLA Administrator, Dana Caterine, informed JADAN of "revised and approved" FMLA leave from January 12, 2018 to March 5, 2018.

19.     On or about March 8, 2018, MGM GRAND DETROIT received correspondence from JADAN's treating physician, Dr. Samuel, that he was unable to return to work for approximately another month.

20.     On or about March 15, 2018, MGM GRAND DETROIT FMLA Administrator, Dana Caterine, informed JADAN that his approval for leave had been revised and approved for 480 hours, from January 12, 2018 to April 8, 2018.

21.     On or about April 6, 2018, JADAN returned to work at his position at MGM GRAND DETROIT.

3

22.     After returning to work MGM GRAND DETROIT suspended JADAN pending an investigation for a "No-Call, No-Show" on March 6, 2018.

23.     The March 6, 2018 absence was due to the serious health condition referenced above that was the cause for the leave under FMLA.

24.     On or about April 20, 2020, MGM GRAND DETROIT terminated JADAN's employment.

## COUNT I
## VIOLATION OF THE FMLA

25.     JADAN repeats and reincorporates each and ever paragraph of this Complaint as though fully set forth herein.

26.     At all relevant times, JADAN was an employee with at least one-year of service with MGM GRAND DETROIT and at least 1,250 hours worked during the 12 months prior taking leave, and was otherwise an eligible employee pursuant to the FMLA, 29 USC §2611(2).

27.     At all relevant times, MGM GRAND DETROIT employed more than fifty (50) employees and was a covered employer pursuant to the FMLA 29 USC §2611(4).

28.     At all relevant times, JADAN suffered from a "serious health condition" as defined by the FMLA, 29 USC §2611(11).

29.     MGM GRAND DETROITD had a duty pursuant to the FMLA to provide JADAN with up to twelve (12) job-protected weeks of leave due to a serious health condition that rendered JADAN incapable (even temporarily or intermittently) of performing the functions of his job.

30.     The FMLA makes it unlawful for any employer to deny a covered employee the exercise or attempted exercise any right provided under the FMLA to an eligible employee. 29 USC § 2615.

31.     Additionally, the FMLA makes it unlawful for any employer to interfere with, restrain, or deny the exercise of or the attempt to exercise any right provided under the FMLA to an eligible employee. 29 USC § 2615.

32.     MGM GRAND DETROIT violated JADAN'S rights under the FMLA by:

   a. Failing to restore JADAN to his job, or a substantial equivalent of her job, after he was released to return to work from a medical leave that lasted less than twelve (12) weeks.

   b. Failing to designate JADAN's medical leave as falling under the protections of the FMLA, including but not limited to the right to be restored to his job if he returned to work before exhausting her bank of FMLA leave.

   c. Interfering with JADAN's exercise of his rights under the FMLA,

   d. Retaliating against JADAN for exercising his rights under the FMLA, and

   e. Discharging and/or otherwise discriminating against JADAN because of having exercised his rights under the FMLA.

33.     As a direct and proximate result of MGM DETROIT'S violation of the FMLA, JADAN has suffered damages including, but not limited to, past and future income and employee benefits, physical pain and suffering, mental anxiety and emotional distress, humiliation, outrage and loss of professional and personal reputation.

   **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter judgment in his favor and against the Defendant in whatever amount is shown to be established by the proofs in this cause, together with interest, costs and reasonable attorney fees.

Respectfully submitted,

GASIOREK, MORGAN, GRECO,
McCAULEY & KOTZIAN, P.C.,

_____
Greg Jones (P75318)
Attorneys for Plaintiff
30500 Northwestern Hwy, Ste 425
Farmington Hills, MI 48334
(248) 865-0001
Dated:  April 16, 2020          gjones@gmgmklaw.com

6